**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Angel Brandon Santos | : | |
| Debtor | : | Bankruptcy No. 20-10497-amc |

**ORDER**

AND NOW, it is ORDERED that since the Debtor has failed to timely file all the documents required by the Order dated *1/28/2020*, this case is hereby DISMISSED.

**Date: February 13, 2020**

_____
Ashely M. Chan
*United States Bankruptcy Judge*

*Missing Documents:*

Certificate of Credit Counseling        *(due 2/10/2020)*
Statement of Financial Affairs
Chapter 13 Plan
Schedules A/B, C, D, E/F, G, H, I, J
Summary of Assets and Liabilities Form B106Sum
Chapter 13 Statement of Current Monthly Income Form 122C-1