United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 20-10497-amc
Angel Brandon Santos                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: John                  Page 1 of 1              Date Rcvd: Feb 13, 2020
                             Form ID: pdf900             Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2020.
```
db          +Angel Brandon Santos,    425 Harrison Ave,    Glenside, PA 19038-3203
cr          +BANK OF AMERICA, N.A.,    c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
14466254    +BANK OF AMERICA, N.A.,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14457970     Bank of America,    PO Box 15019,    Wilmington DE 19850-5019
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Feb 14 2020 03:44:12     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2020 03:43:36
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 14 2020 03:44:07     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
```
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 3
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter  13 |
| Angel Brandon Santos | : | |
| Debtor | : | Bankruptcy No. 20-10497-amc |

**ORDER**

AND NOW, it is ORDERED that since the Debtor has failed to timely file all the documents required by the Order dated *1/28/2020*, this case is hereby DISMISSED.

**Date: February 13, 2020**

Ashely M. Chan
*United States Bankruptcy Judge*

*Missing Documents:*

Certificate of Credit Counseling          (due 2/10/2020)
Statement of Financial Affairs
Chapter 13 Plan
Schedules A/B, C, D, E/F, G, H, I, J
Summary of Assets and Liabilities Form B106Sum
Chapter 13 Statement of Current Monthly Income Form 122C-1